UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| KEON L. BOGGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 24-cv-10984-JEK |
| | ) | |
| CHILDREN HOSPITAL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

**KOBICK, J.**

In a Memorandum and Order dated October 11, 2024, the Court granted plaintiff Keon L. Boggs leave to replead his claims in an amended complaint that sets forth a basis for this Court's subject matter jurisdiction. ECF 5. The Court informed Boggs that failure to comply with the Memorandum and Order on or before November 1, 2024 will result in dismissal of this action. *Id.*

Boggs has not, to date, filed an amended complaint, and the time to do so has expired. This Court has the authority to dismiss an action sua sponte for a party's failure to prosecute his action and comply with the Court's orders. *See* Fed. R. Civ. P. 41(b); *Cintron-Lorenzo v. Departamento de Asuntos del Consumidor*, 312 F.3d 522, 525-26 (1st Cir. 2002) ("A district court, as part of its inherent power to manage its own docket, may dismiss a case sua sponte for any of the reasons prescribed in Fed. R. Civ. P. 41(b)."). Here, dismissal is warranted because the Court lacks subject matter jurisdiction over Boggs' complaint, *see* ECF 5, at 2-3, Boggs has not filed an amended complaint that cures the jurisdictional defects, and Boggs' failure to comply with the Court's Memorandum and Order indicates that he no longer wishes to pursue this case.

2

Accordingly, this action is DISMISSED pursuant to Fed. R. Civ. P. 12(h)(3) for lack of subject matter jurisdiction. The Clerk shall enter a separate order of dismissal.

SO ORDERED.

/s/ Julia E. Kobick
JULIA E. KOBICK
UNITED STATES DISTRICT JUDGE

Dated: November 6, 2024

2